**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                         PLAINTIFF

v.                                          No. 4:13CR00267 JLH

JOSEPH WELCH                                                                                            DEFENDANT

**ORDER**

During the sentencing hearing of Joseph Welch on August 26, 2015, the United States notified the Court that an attorney for an additional victim had recently contacted the United States and requested additional time to submit evidence in support of a claim for restitution. Pursuant to 18 U.S.C. § 3664(d)(5), the Court will make a final determination of the victim's losses within ninety days from the date of the sentencing, a period of time that expires on November 24, 2015. The Court hereby sets out the following schedule so that the timeframe required by section 3664(d)(5) can be met. Any evidence in support of the additional claim for restitution and a brief in support of the additional claim must be submitted by October 9, 2015. Defendant's response, if any, will be due no later than fourteen days after the additional evidence and brief in support are filed. Any reply must be filed within seven days after the response is filed. All of the evidence and briefs may be filed under seal.

IT IS SO ORDERED this 27th day of August, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE